# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** NYS Rifle & Pistol Assoc., Inc., et al. v. Andrew M. Cuomo, Gov  **Docket No.:** 14-36

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Stephen P. Halbrook, Esq.

**Firm:** The Law Offices of Stephen P. Halbrook

**Address:** 3925 Chain Bridge Road, Suite 403, Fairfax, Virginia 22030

**Telephone:** 703-352-7276   **Fax:** 703-359-0938

**E-mail:** protell@aol.com

**Appearance for:** New York State Rifle And Pistol Assoc., Inc., et al./Appellants
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Brian T. Stapleton/Goldberg Segalla LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/19/2010   OR

[ ] I applied for admission on _____ .

**Signature of Counsel:** s/Stephen P. Halbrook, Esq.

**Type or Print Name:** Stephen P. Halbrook