UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand and fourteen,

_____

William Nojay, Thomas Galvin, Roger Horvath, Batavia Marine & Sporting Supply, New York State Rifle and Pistol Association, Inc., Westchester County Firearms Owners Association, Inc., Sportsmen's Association for Firearms Education, Inc., New York State Amateur Trapshooting Association, Inc., Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical & Police Supply, LLC,

Plaintiffs - Appellants-Cross-Appellee,

v.

Andrew M. Cuomo, Governor of the State of New York, Eric T. Schneiderman, Attorney General of the State of New York, Joseph A. D'Amico, Superintendent of the New York State Police,

Defendants - Appellees-Cross-Appellants,

Frank A. Sedita, III, District Attorney for Erie County, Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,

Defendants- Appellees.
_____

**ORDER**
Docket Number: 14-37

A notice of appeal was filed on January 3, 2014. Appellant's Form C, D, and Acknowledgment and Notice of Appearance were due January 29, 2014. The case is deemed in default.

   IT IS HEREBY ORDERED that the appeal will be dismissed effective **February 13, 2014** if the forms are not filed by that date.

>   For The Court:
>
>   Catherine O'Hagan Wolfe,
>   Clerk of Court

