# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand and fourteen,

William Nojay, Thomas Galvin, Roger Horvath, Batavia Marine & Sporting Supply, New York State Rifle and Pistol Association, Inc., Westchester County Firearms Owners Association, Inc., Sportsmen's Association for Firearms Education, Inc., New York State Amateur Trapshooting Association, Inc., Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical & Police Supply, LLC,

      Plaintiffs - Appellants-Cross-Appellee,

v.

Andrew M. Cuomo, Governor of the State of New York, Eric T. Schneiderman, Attorney General of the State of New York, Joseph A. D'Amico, Superintendent of the New York State Police,

      Defendants - Appellees-Cross-Appellants,

Frank A. Sedita, III, District Attorney for Erie County, Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,

      Defendants- Appellees.

**ORDER**
Docket No: 14-36(L)
               14-37(XAP)

APPELLANTS William Nojay, Thomas Galvin, Roger Horvath, Batavia Marine & Sporting Supply, New York State Rifle and Pistol Association, Inc., Westchester County Firearms Owners Association, Inc., Sportsmen's Association for Firearms Education, Inc., New York State Amateur Trapshooting Association, Inc., Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical & Police Supply, LLC have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 29, 2014 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

