

# MMG

McMAHON, MARTINE & GALLAGHER, LLP
ATTORNEYS AT LAW

| *Principal Office:* | *New Jersey Office:* |
|---|---|
| 55 WASHINGTON ST. | 404 MARKET STREET |
| BROOKLYN, NY 11201 | TRENTON, NJ 08611 |
| TEL (212) 747-1230 | TEL (609) 396-2999 |
| FAX (212) 747-1239 | FAX (609) 396-2254 |

Via ECF

May 6, 2014

United States Court of Appeals
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re:    William Nojay et al. v. Andrew M. Cuomo, Governor, et al.
            Docket Nos. 14-36(L) and 14-37(XAP)
            Correction to Amicus Notice of Appearance

Dear Clerk:

      We are counsel to amici curiae New York State Sheriffsø Association, the Law Enforcement Legal Defense Fund, the Law Enforcement Action Network, and the International Law Enforcement Educators and Trainers Association.

      We write respectfully to correct our Notice of Appearance filed yesterday, which mistakenly also included Erie County Sheriff Timothy B. Howard, Oswego County Sheriff Reuel A. Todd, Wayne County Sheriff Barry C. Virts, Putnam County Sheriff Donald B. Smith, and Fulton County Sheriff Thomas J. Lorey as amici. They should not have been included.

      Our brief will be submitted only for the New York State Sheriffsø Association, the Law Enforcement Legal Defense Fund, the Law Enforcement Action Network, and the International Law Enforcement Educators and Trainers Association as amici curiae.

      Thank you for your attention.

                              Respectfully yours,

                              *Patrick W. Brophy*

                              Patrick W. Brophy

Cc: All counsel via ECF

J:\628\0014\Letters\Court_5-5-14.doc