ROBERT A. KATZMANN                                    CATHERINE O'HAGAN WOLFE
CHIEF JUDGE                                                        CLERK OF COURT


Date: May 07, 2014                                   DC Docket #: 13-cv-291
Docket #: 14-36cv                                    DC Court: WDNY (BUFFALO)
Short Title: New York State Rifle and Pisto v. Cuomo    DC Judge: Skretny


## NOTICE OF DEFECTIVE FILING


On May 6, 2014 the Amicus Briefs were submitted in the above referenced case.
The documents do not comply with the FRAP or the Court's Local Rules for the following reason(s):


_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e,g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
      _____ Missing proof of service
      _____ Served to an incorrect address
      _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
      _____ Incorrect caption *(FRAP 32)*
      _____ Wrong color cover *(FRAP 32)*
      _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs
*(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
**\_\_XX\_\_\_\_ Other: All filings must be done in the lead case 14-36; you may spread the
document to the con case 14-37 when filing in the lead case by leaving the box next to 14-37
checked off.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **May 9, 2014.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8623.