# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand and fourteen,

William Nojay, Thomas Galvin, Roger Horvath, Batavia Marine & Sporting Supply, New York State Rifle and Pistol Association, Inc., Westchester County Firearms Owners Association, Inc., Sportsmen's Association for Firearms Education, Inc., New York State Amateur Trapshooting Association, Inc., Bedell Custom, Beikirch Ammunition Corporation, Blueline Tactical & Police Supply, LLC,

        Plaintiffs - Appellants-Cross-Appellee,

v.

Andrew M. Cuomo, Governor of the State of New York, Eric T. Schneiderman, Attorney General of the State of New York, Joseph A. D'Amico, Superintendent of the New York State Police,

        Defendants - Appellees-Cross-Appellants,

Frank A. Sedita, III, District Attorney for Erie County, Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,

        Defendants- Appellees.

**ORDER**

Docket No: 14-36(L)
             14-37(XAP)

Counsel for APPELLEES Andrew M. Cuomo, Joseph A. D'Amico and Eric T. Schneiderman has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 29, 2014 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before July 29, 2014. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear

at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

          For The Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court

