# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-36, 14-37

**Caption [use short title]:** New York State Rifle and Pistol Association, Inc. v. Cuomo

**Motion for:** Leave to file brief of amici curaie after the appellants/cross-appellees file their brief in response and reply

[Page 1 of 3]

**Set forth below precise, complete statement of relief sought:**

Amici curaie seek leave to file their brief in support of cross-appellees and in support of affirming (in part) the district court's decision and order 7 days after cross-appellees file their brief in response to cross-appellants' principal brief

**MOVING PARTY:** Amici Second Amendment Foundation, Inc., et al.
☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** New York State Rifle and Pistol Association, Inc., et al.

**MOVING ATTORNEY:** David D. Jensen
David Jensen PLLC
111 John Street, Suite 420
New York, NY 10038

**OPPOSING ATTORNEY:** David Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

**Court-Judge/Agency appealed from:** Hon. William M. Skretny, Western District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ David D. Jensen  **Date:** 5/8/2014  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-36, 14-37

**Caption [use short title]**

**Motion for:** Leave to file brief of amici curaie after the appellants/cross-appellees file their brief in response and reply

New York State Rifle and Pistol Association, Inc. v. Cuomo

[Page 2 of 3]

**Set forth below precise, complete statement of relief sought:**

Amici curaie seek leave to file their brief in support of cross-appellees and in support of affirming (in part) the district court's decision and order 7 days after cross-appellees file their brief in response to cross-appellants' principal brief

**MOVING PARTY:** Amici Second Amendment Foundation, Inc., et al.
☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** Andrew M. Cuomo, et al.

**MOVING ATTORNEY:** David D. Jensen

**OPPOSING ATTORNEY:** Claude S. Patton

[name of attorney, with firm, address, phone number and e-mail]

David Jensen PLLC
111 John Street, Suite 420
New York, NY 10038

New York State Office of the Attorney General
120 Broadway, 25th Floor
New York, NY 10271

**Court-Judge/Agency appealed from:** Hon. William M. Skretny, Western District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): 

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ David D. Jensen    **Date:** 5/8/2014    **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 14-36, 14-37

**Caption [use short title]**

**Motion for:** Leave to file brief of amici curaie after the appellants/cross-appellees file their brief in response and reply

[Page 3 of 3]

New York State Rifle and Pistol Association, Inc. v. Cuomo

**Set forth below precise, complete statement of relief sought:**

Amici curaie seek leave to file their brief in support of cross-appellees and in support of affirming (in part) the district court's decision and order 7 days after cross-appellees file their brief in response to cross-appellants' principal brief

**MOVING PARTY:** Amici Second Amendment Foundation, Inc., et al.
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Gerald J. Gill, Lancaster, NY Chief of Police

**MOVING ATTORNEY:** David D. Jensen

**OPPOSING ATTORNEY:** Kevin Miles Kearney

[name of attorney, with firm, address, phone number and e-mail]

David Jensen PLLC
111 John Street, Suite 420
New York, NY 10038

Hodgson Russ LLP
140 Pearl Street
Buffalo, NY 14202

**Court-Judge/Agency appealed from:** Hon. William M. Skretny, Western District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ David D. Jensen    **Date:** 5/8/2014    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)