# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand and fourteen.

Before:     Gerard E. Lynch,
              *Circuit Judge*.

_____

William Nojay, *et al.*,
   Plaintiffs-Appellants-Cross-Appellee,

v.

Andrew M. Cuomo, Governor of the State of New York, *et al.*,
   Defendants-Appellees-Cross-Appellants,

Frank A. Sedita, III, District Attorney for Erie County, *et al.*,
   Defendants-Appellees.

**ORDER**
Docket No. 14-36 (L); 14-37 (con.)

_____

James W. Porter III and T. Sky Woodward seek admission *pro hac vice* for the purpose of representing amicus curiae National Rifle Association. James W. Porter III, T. Sky Woodward, and James W. Porter II seek admission *pro hac vice* for the purpose of representing amicus curiae Remington Arms Company, LLC.

IT IS HEREBY ORDERED that the motions are GRANTED. The attorneys are directed to register as Filing Users under Local Rule 25.1 to file documents electronically in this case within three days of the date of this order.

                                     For the Court:
                                     Catherine O'Hagan Wolfe,
                                     Clerk of Court