# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand and fourteen.

Before:     Gerard E. Lynch,
                   *Circuit Judge*.

_____

William Nojay, *et al.*,
    Plaintiffs-Appellants-Cross-Appellee,

v.

Andrew M. Cuomo, Governor of the State of New York, *et al.*,
    Defendants-Appellees-Cross-Appellants,

Frank A. Sedita, III, District Attorney for Erie County, *et al.*,
    Defendants-Appellees.

_____

**ORDER**
Docket No. 14-36 (L); 14-37 (con.)

The Second Amendment Foundation, Inc., Long Island Firearms, LLC, Matthew Caron, Matthew Gugder, Jeffrey Murray, MD, Gary Wehner, John Amidon, and Nunzio Calce seek leave to file an amicus curiae brief within 7 days of the date that Plaintiffs-Appellants-Cross-Appellees file their combined response and reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                       For the Court**:**
                                       Catherine O'Hagan Wolfe,
                                       Clerk of Court

