Kevin M. Kearney
Direct Dial: 716.848.1385
Direct Facsimile: 716.819.4610
kkearney@hodgsonruss.com



August 4, 2014

**VIA CM/ECF**

Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Clerk of the Court:

      Re:   New York State Rifle and Pistol, et al. v. Cuomo, et al.
             <u>Civil Case No.: 14-37</u>

      We are counsel for Gerald Gill, as one of the appellees in this matter. Given the volume and quality of briefing in this matter, Mr. Gill will not be submitting a brief, nor will this counsel seek time to argue.

Respectfully submitted,

Kevin M. Kearney

KMK/cat
cc:   All counsel of Record (via CM/ECF)