# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 14-0036-CV(L); 14-0037-cv(XAP)        Caption [use short title]

**Motion for**: Leave to Appear Pro Hac Vice

William Nojay, et al., v. Andrew M. Cuomo, et al.

Set forth below precise, complete statement of relief sought:

The undersigned moves for leave to appear pro hac vice as counsel for Amicus State of Maryland

**MOVING PARTY:**                              **OPPOSING PARTY:**
☐ Plaintiff            ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY**: William F. Brockman        **OPPOSING ATTORNEY**:
[name of attorney, with firm, address, phone number and e-mail]

Office of the Attorney General of MD            410-576-7055
200 St. Paul Place, 20th Floor                  wbrockman@oag.state.md.us
Baltimore, Maryland 21202

Court-Judge/Agency appealed from: Western District of New York (Skretny)

**Please check appropriate boxes:**                          **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): Opposing counsel consented to filing of amicus brief

Has request for relief been made below?              ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ William F. Brockman    Date: 8/4/14    Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| William Nojay, *et al.*, | * | |
|     *Plaintiffs-Appellants-Cross-Appellees* | * | |
| | * | 14-0036-CV(L) |
| v. | | 14-0037-CV(XAP) |
| | * | |
| Andrew M. Cuomo, *et al.*, | | |
| | * | |
|     *Defendants-Appellees-Cross-Appellants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

The undersigned counsel respectfully moves for leave to appear *pro hac vice* as counsel for *Amicus Curiae* State of Maryland in submitting a brief in support of the Defendants-Appellees-Cross-Appellants on behalf of Maryland and other states ("*Amici* States"). The *Amici* States are not requesting oral argument.

Undersigned counsel is one of two Assistant Attorney Generals with the Office of the Attorney General of Maryland who are seeking to appear *pro hac vice* in this action for the purpose of filing an *amicus* brief on behalf of the State of Maryland and other states. I certify that I was originally admitted to the practice of law in Maryland in 2001, and am admitted to appear before, and am a member in good standing of, the bars of the following jurisdictions:

1. The United States Supreme Court
2. The United States Court of Appeals for the Fourth Circuit

3. The United States District Court for the District of Maryland

4. Maryland

          Respectfully submitted,

          /S/ WILLIAM F. BROCKMAN

          WILLIAM F. BROCKMAN
          Assistant Attorney General
          200 St. Paul Place, 20th Floor
          Baltimore, Maryland 21202
          Tel. 410-576-7055
          Fac. 410-576-6955
          wbrockman@oag.state.md.us

August 4, 2014        Attorney for Amicus Curiae State of Maryland

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

William Nojay, et al.   v.

Andrew M. Cuomo, et al.

**CERTIFICATE OF SERVICE**
Docket Number: 14-0036-CV(l)

I, Matthew J. Fader, hereby certify under penalty of perjury that on August 4, 2014, I served a copy of Motion for Leave to Appear Pro Hac Vice for William F. Brockman

(list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [✓] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| David Thompson | 1523 New Hampshire Ave., N.W. | Washington | DC | 20036 |
| Charles J. Cooper | 1523 New Hampshire Ave. | Washington | DC | 20036 |
| Kevin M. Kearney | 140 Pearl Street | Buffalo | NY | 14202 |
| Claude Platton | 120 Broadway | New York | NY | 10271 |

August 4, 2014                              /s/ Matthew J. Fader
Today's Date                                 Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form