# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand and fourteen.

Before:    Christopher F. Droney,
              *Circuit Judge.*

_____

William Nojay, *et al.*,
    Plaintiffs-Appellants-Cross-Appellees,

v.

Andrew M. Cuomo, Governor of the State of New York, *et al.*,
    Defendants-Appellees-Cross-Appellants,

Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,
    Defendants-Appellees,

Frank A. Sedita, III, District Attorney for Erie County,
    Defendant.

_____

**ORDER**
Docket No. 14-36 (L);
        14-37 (con.)

    Matthew J. Fader and William F. Brockman move to appear *pro hac vice* for the limited purpose of filing an *amicus curiae* brief on behalf of the State of Maryland.

    IT IS HEREBY ORDERED that the motions are GRANTED.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court