# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand and fourteen.

_____

William Nojay, *et al.*,
    Plaintiffs-Appellants-Cross-Appellees,

    v.

Andrew M. Cuomo, Governor of the State of New York, *et al.*,
    Defendants-Appellees-Cross-Appellants,

Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,
    Defendants-Appellees,

Frank A. Sedita, III, District Attorney for Erie County,
    Defendant.

**ORDER**
Docket No. 14-36 (L);
        14-37 (con.)

_____

    The State Appellees-Cross-Appellants seek leave to file a corrected brief curing typographical, citation, and wording errors in the brief that they filed on July 29, 2014.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court