# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand and fourteen.

_____

William Nojay, *et al.*,

   Plaintiffs-Appellants-Cross-Appellees,

v.

Andrew M. Cuomo, Governor of the State of New York, *et al.*,

   Defendants-Appellees-Cross-Appellants,

Gerald J. Gill, Chief of Police for the Town of Lancaster, New York, Lawrence Friedman,

   Defendants-Appellees,

Frank A. Sedita, III, District Attorney for Erie County,

   Defendant.

_____

**ORDER**
Docket No. 14-36 (L);
              14-37 (con.)

Appellants move to amend the caption.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court