United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 19, 2015
Docket #: 14-36cv
Short Title: New York State Rifle and Pisto v. Cuomo

DC Docket #: 13-cv-291
DC Court: WDNY (BUFFALO)
DC Judge: Skretny

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560.