**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN** | **CATHERINE O'HAGAN WOLFE** |
| **CHIEF JUDGE** | **CLERK OF COURT** |

Date: October 19, 2015                    DC Docket #: 13-cv-291
Docket #: 14-36cv                         DC Court: WDNY (BUFFALO)
Short Title: New York State Rifle and Pisto v. Cuomo     DC Judge: Skretny

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for
_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
_____

and in favor of
_____

for insertion in the mandate.

Docketing Fee           _____

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies _____ ____) _____

Costs of printing reply brief (necessary copies _____ ) _____


**(VERIFICATION HERE)**


                                                    _____
                                                                Signature