14-36, 14-37

*New York State Rifle & Pistol Association, Inc. v. Cuomo*, 804 F.3d 242 (2d Cir. 2015)
Errata Found in Softcover edition of F.3d

| Page | Col. | Line | Delete | Insert |
|------|------|------|--------|--------|
| 248 | 1 | 34 | "semiautomatic 1 assault | "semiautomatic assault |
| 256 | 2 | 22 | such guns are | such guns |
| 266 | 1 | n.151, line 1 | *U.S.* | *United States* |

Copies have been sent by chambers to:

___X___ Panel Members

___X___ West Publishing
___X___ Clerk

So ordered:

José A. Cabranes
U.S. Circuit Judge
December 9, 2015

RECEIVED
2015 DEC 10 AM 8:36
CLERK'S OFFICE
U.S. COURT OF APPEALS